# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Julie Tossey and Edward Tossey,                           Civil No. 05-2586 (RHK/RLE)

    Plaintiffs,                                               **ORDER**

vs.

Performance Capital Management,
Sweetie Doe and John Doe,

    Defendants.

---

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

Dated:  January 4, 2006                 s/Richard H. Kyle
                                                Richard H. Kyle
                                                United States District Judge